**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover<br>Laura Galera | Date: August 18, 2011 |
| Court Reporter: | Paul Zuckerman | |
| Interpreter: | Ruth Warner<br>Susanna Cahill | |

Criminal Action No. 10-cr-00567-MSK

| *Parties*: | *Counsel Appearing:* |
|---|---|
| UNITED STATES OF AMERICA, | James Boma |
| | Solette Magnelli |
| Plaintiff, | |
| v. | |
| 1. COSME MOISES GOMEZ-PAZ, (Interpreter) | Mitchell Baker |
| 2. SERGIO ABRAHAM BELTRAN, (Interpreter) | Jeffrey Edelman |
| 3. RAFAEL PELAYO-ESCARDA, (Interpreter) | Robert Driscoll |
| 4. ESEQUIEL MEZA-TORRES, (Interpreter) and | Matthew Golla |
| 5. LUIS ARMANDO CELAYA, (Interpreter) | Bruce Brown |
| Defendants. | |

**COURTROOM MINUTES**

HEARING:    702 Evidentiary

This hearing is continued from May 27, 2011.

**9:14 a.m.    Court in session.**

All defendants are present in custody.

Interpreters sworn.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

The Court addresses the Government's Motion in *Limine* (**Doc. #205**).

No further argument.

**ORDER:** Government's Motion in *Limine* (**Doc. #205**) is **DENIED.**

The Court addresses the Government's Motion to Quash Subpoena Duces Tecum to Ralph Keaton (**Doc. #207**).

**ORDER:** Government's Motion to Quash Subpoena Duces Tecum to Ralph Keaton (**Doc. #207)** is **DENIED**.

The Court addresses Motion to Quash Defendant's Celaya's Subpoena Duces Tecum (**Doc. #214**).

Argument.

**ORDER:** Motion to Quash Defendant Celaya's Subpoena Duces Tecum (**Doc. #214**) is **GRANTED.**

Continued cross examination of previously sworn witness Scott Oulton by Mr. Driscoll.

Cross examination of witness by Mr. Baker.

Re-direct examination of witness by Ms. Magnelli.

**EXHIBITS:   Received for the Court's consideration:   2, 3**

No further Government witnesses.

**10:29 a.m.   Court in recess**
**10:47 a.m.   Court in session**

**Witness sworn for the defendant :Janine Arvizu:**
**10:48 a.m.** Direct Examination by Mr. Edelman .

**EXHIBITS:   Received for the Court's consideration: D5**

Direct examination of witness by Mr. Edelman.

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

**11:45 a.m.**     **Court in recess.**
**1:34 p.m.**      **Court in session**

Direct examination of witness by Mr. Driscoll.

Cross examination of witness by Ms. Magnelli.

**2:35 p.m.**     **Court in recess**
**2:50 p.m.**     **Court in session**

Re-direct examination of witness by Mr. Brown.

Re-direct examination of witness by Mr. Driscoll.

Re-direct examination of witness by Mr. Baker.

No further witnesses by defendant.

Rebuttal testimony by Mr. Oulton.

Direct examination of witness by Ms. Magnelli.

Cross examination of witness by Mr. Edelman.

Cross examination of witness by Mr. Brown.

Re-direct examination of witness by Ms. Magnelli.

Argument.

**ORDER:**   The court will issue a written ruling within 30 days which will include the next hearing to be conducted in this case.

**ORDER:**   The defendants are remanded to the care and custody of the United States Marshal Service.

**3:56 p.m.**     **Court in recess**
**Total Time:    4 hours  20 minutes.**
**Hearing concluded.**